*D. Ferry,* with him *Murovich, Reale & Fossee,* for appellant; *Daniel P. Stefko,* with him *Dickie, McCamey & Chilcote,* for appellee.

Judgment affirmed.

## Gray, Appellant, *v.* Continental Casualty Company.

Argued April 15, 1975. *Walter A. Koegler,* with him *A. Glynn Batson,* and *Koegler & Tomlinson,* for appellant; *Michael W. Burns,* with him *Dickie, McCamey & Chilcote,* for appellee.

Order and judgment affirmed.

## Haraburda, Appellant, *v.* Courtney, et al.

opinion by SCULCO, J. Argued April 17, 1975. *P. Louis DeRose, III,* with him *Scales and Shaw,* for appellant; *Ronald Leslie,* for appellees.

Order affirmed.

## Hefflin *v.* Rockwood Insurance Company, Appellant.

order by DOYLE, J. Argued April 17, 1975. *Warren D. Ferry,* with him *Cosmos J. Reale,* and *Murovich, Reale & Fossee,* for appellant; *John J. Kirk,* for appellee.

Order affirmed.